UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 24-8372 JGB (DTBx)** | Date | March 11, 2025 |
|---|---|---|---|
| Title | ***Demario Preston et al v. Navy Federal Credit Union et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order (1) STRIKING Defendant's Motion to Dismiss and Exhibits Filed in Support (Dkt. Nos. 23, 30, 31) for Failure to Comply with the Court's Standing Order; (2) STRIKING Plaintiffs' Opposition and Exhibits Filed in Support (Dkt. Nos. 24, 25, 26, 27, 28, 29) for Failure to Comply with the Court's Standing Order; and (3) VACATING the March 17, 2025 Hearing (IN CHAMBERS)**

On December 27, 2024, Plaintiffs Demario Preston, Richie Edquid, Andrea Rose Baker, Kaytlin Roque, Vette Gray, and Iliana Zuniga (collectively, "Plaintiffs") individually, and on behalf of all others similarly situated, filed the operative first amended complaint against Defendants Navy Federal Credit Union and Does 1-100 (collectively, "Defendants"). ("FAC," Dkt. No. 21.) The FAC alleges the following six causes of action: (1) breach of contract, including the implied covenant of good faith and fair dealing; (2) unjust enrichment; (3) money had and received; (4) violation of unfair competition law, Cal. Bus. & Prof. Code §17200, et seq.; (5) violation of the consumer legal remedies act, California Civil Code §§ 1750, et seq.; and (6) conversion. (Id.)

On January 6, 2025, this Court issued its Standing Order. ("Standing Order," Dkt. No. 22.) The Court's Standing Order states that "[i]f documentary evidence in support of or in opposition to a motion exceeds . . . 200 pages, the documents shall be placed in a binder, with an index and with each item of evidence separated by a tab divider." (Id. ¶ 9.)

On January 10, 2025, Defendant Navy Federal Credit Union filed a motion to dismiss the FAC. ("Motion," Dkt. No. 23.) Defendant's Counsel delivered over 250 pages of supporting

declarations and exhibits but failed to deliver the documents in a binder with an index and with each item of evidence separated by a tab divider.

On January 17, 2025, Plaintiffs filed an opposition to the Motion. ("Opposition," Dkt. No. 28.) Plaintiffs' Counsel delivered over 350 pages of supporting declarations and exhibits but failed to deliver the documents in a binder with an index and with each item of evidence separated by a tab divider.

On January 20, 2025, Defendant Navy Federal Credit Union filed a Request for Judicial Notice. ("RJN," Dkt. No. 30.) Defendant's Counsel again failed to deliver the over 350 pages of supporting documents in a binder.

As a result of both parties' failure to submit their motion papers in compliance with the Court's Standing Order (see Standing Order ¶ 9), the Court **STRIKES** Defendant's Motion, supporting declarations, and exhibits and **STRIKES** Plaintiffs' Opposition, supporting declarations, and exhibits for failure to comply with the Court's Standing Order. The Clerk of the Court is directed to strike the filings at **Dkt. Nos. 23, 24, 25, 26, 27, 28, 29, 30, and 31**. As such, the hearing set for March 17, 2025 is **VACATED**.

Parties are admonished and directed to adhere to the Court's Standing Order, Local Rules, and Federal Rules of Civil Procedure, should they choose to re-file the Motion and for all future filings. Future failures to comply with the Court's Standing Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**